JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GENARO BAUTISTA, | Case No. 5:24-cv-01658-JGB (SHKx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

ORDER

Upon consideration of the parties' joint stipulation to dismiss this entire action with prejudice and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This entire action is dismissed with prejudice;
2. The parties will each bear their own attorney fees and costs of suit.

**IT IS SO ORDERED.**

Dated:   November 3, 2025

Hon. Jesus G. Bernal
United States District Court Judge